The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-195RAJ |
|---|---|
| Plaintiff | |
| | ORDER AUTHORIZING CLERK OF COURT TO ACCEPT PAYMENT |
| v. | |
| DAVID M. GLUTH | |
| Defendant. | |

THIS MATTER comes before the Court on the parties' stipulated motion to authorize the Clerk of Court to accept payment toward restitution in advance of sentencing in this matter. After reviewing the stipulated motion, and good cause appearing, the Court enters the following ORDER:

Pursuant to Local Civil Rule 67(a) (made applicable to criminal proceedings by Local Criminal Rule 1(a)), the Clerk of Court is hereby authorized to accept into the Court's registry payments toward defendant's anticipated restitution obligation in advance of his sentencing, and to hold those funds until they may be disbursed pursuant to a restitution order.

DATED this 10th day of February, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order Authorizing Clerk to Accept Payment
*United States v. Gluth*; CR20-195RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970