Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR20-195 RAJ |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |
| | ) | |
| DAVID M. GLUTH, | ) | |
| Defendant. | ) | |

Pursuant to CrR 32(c)(1)(A), Local Rules W.D. Washington, the Defendant's request that the Defendant's Sentencing Memorandum and Supporting Exhibits in the above-captioned matter be sealed, is hereby GRANTED.

DATED this 1st day of October, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

LAW OFFICE OF
AMY MUTH, PLLC
1000 SECOND AVENUE, SUITE 3140
SEATTLE, WASHINGTON 98104
TEL: 206-682-3053