HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. GLUTH,<br><br>Defendant. | NO. 2:20-cr-00195-RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

Pursuant to CrR 32(c)(1)(A), Local Rules W.D. Washington, and for good cause shown, Defendant's Motion to Seal Defendant's Reply to Motion for Early Termination of Supervised Release in the above-captioned matter be sealed (Dkt. 43), is GRANTED.

DATED this 14th day of November, 2024.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1

**MUTH ATWOOD PLLC**
1000 Second Avenue, Suite 2530
Seattle, Washington 98104
Tel: 206-682-3053
fax: 206-267-0349