Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID M. GLUTH,<br><br>　　　　　　　　　Defendant. | No. 2:20-cr-00195-RAJ<br><br>ORDER DENYING REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE |

　　THIS MATTER comes before the Court upon the request of United States Probation for early termination of Defendant David M. Gluth's supervised release. Having considered the parties' briefing, and the files and pleadings herein,

　　IT IS ORDERED that U.S. Probation's request for early termination of supervised release (Dkt. 41) is **DENIED**.

　　DATED this 14th day of November, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1